IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREW MCCLURE**                                                                          **PETITIONER**

**v.**                                           **No. 4:21-CV-00019-DMB-RP**

**WASHINGTON COUNTY**                                                       **RESPONDENT**

**ORDER**

Andrew McClure has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 12th day of February, 2021.

                                                                /s/ Roy Percy
                                                            **UNITED STATES MAGITRATE JUDGE**