IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANDREW MCCLURE                                                                                          PETITIONER

V.                                                                                            NO. 4:21-CV-00019-DMB-RP

WASHINGTON COUNTY                                                                                  RESPONDENT

ORDER DENYING MOTION FOR RECONEST BOND

This matter comes before the Court on Petitioner's *pro se* "Motion for Reconest Bond." Doc. # 14. In this motion, Petitioner asks the Court to grant him a release from state custody while the state criminal prosecution against him is still pending. This Court lacks the authority to grant the requested relief. Rather, the state trial court is the proper authority to present such motions. Moreover, Petitioner's federal habeas petition, which includes a similar request for release from state custody, is currently pending in this Court and will be ruled upon in due course. Accordingly, the Court finds that the instant motion [14] is not well-taken and is, therefore, **DENIED**.

**SO ORDERED**, this the 10th day of August, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE