IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREW MCCLURE**                                                            **PETITIONER**

**V.**                                                         **NO. 4:21-CV-19-DMB-RP**

**WASHINGTON COUNTY**                                         **RESPONDENT**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, Andrew McClure's petition for a writ of habeas corpus is **DISMISSED with prejudice** to the extent McClure seeks his pre-trial release and **DISMISSED without prejudice** for failure to exhaust state remedies as to his remaining claims.

**SO ORDERED**, this 21st day of January, 2022.

                                                           /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**